# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUCHELL MAGEE, | ) | 1:09-CV-01663 OWW GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR STAY |
| | ) | |
| v. | ) | [Docs. #21] |
| | ) | |
| K. CLARK, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 1, 2010, Petitioner, a vexatious litigant, filed a motion to stay pending a petition for writ of prohibition and mandate he states he filed in the Ninth Circuit Court of Appeal. Petitioner provides no authority for his claim that the instant matter should be stayed.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for stay is DENIED.

IT IS SO ORDERED.

Dated:   **April 12, 2010**                      **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE