UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUCHELL CINQUE MAGEE, | ) | 1:09-CV-01663 OWW GSA HC |
| | ) | |
|           Petitioner, | ) | ORDER DENYING STAY |
| | ) | [Doc. #51] |
| | ) | |
|    v. | ) | ORDER DENYING DEMAND FOR |
| | ) | RECORDS TO BE FORWARDED TO |
| | ) | SUPREME COURT |
| | ) | [Doc. #52] |
| | ) | |
| K. CLARK, et al., | ) | ORDER GRANTING MOTION TO |
| | ) | PROCEED IN FORMA PAUPERIS ON |
|           Respondents. | ) | APPEAL |
| | ) | [Doc. #53] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On August 20, 2010, the undersigned issued an order granting Respondent's motion to dismiss and dismissing the petition for writ of habeas corpus. Petitioner filed a notice of appeal and the appeal was processed to the Ninth Circuit Court of Appeals on September 1, 2010. On that same date, Petitioner filed multiple motions including a motion for stay of the proceedings, a motion to demand records be forwarded to the Supreme Court, and a motion to proceed in forma pauperis on appeal.

      Petitioner's motion for stay of the proceedings will be denied. There are no proceedings to be stayed since this case is now closed. Petitioner must make his request for relief to the Ninth

1 Circuit or the Supreme Court.

2   Petitioner's motion to demand records be forwarded to the Supreme Court will also be
3 denied. If the Supreme Court desires the court records of the instant proceedings, the Supreme Court
4 will demand that those records be produced and the Court will then forward those records.

5   Petitioner's motion to proceed in forma pauperis on appeal will be granted. Examination of
6 Petitioner's motion reveals that Petitioner is unable to afford the costs of the appeal. See Rule
7 24(a)(1), Federal Rules of Appellate Procedure, and 28 U.S.C. § 1915.

8   Accordingly, IT IS HEREBY ORDERED:

9   1) Petitioner's motion for stay is DENIED:

10   2) Petitioner's motion to demand forwarding of documents is DENIED; and

11   3) Petitioner's motion to proceed in forma pauperis on appeal is GRANTED.

12 IT IS SO ORDERED.

13 **Dated:   September 9, 2010**          /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE